77 F.3d 462
 John Jamison
v.
Mary Keating Disabato, Chairman, New Jersey State Parole
Board, William H. Fauver, Commissioner, New Jersey
Department of Corrections, Patrick Arvonio, Administrator,
East Jersey State Prison, Arthur Jones, Panel Member, New
Jersey State Parole Board, George Bush, Panel Member (Now
Retired), New Jersey State Parole Board
 NO. 95-5444
 United States Court of Appeals,
Third Circuit.
 Jan 10, 1996
 
 Appeal From: D.N.J., No. 94-cv-05167,
 Bassler, J.
 
 
 1
 AFFIRMED.